IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:06-CR-34 |
| ) | (VARLAN/GUYTON) |
| V. ) | |
| ) | |
| RICHARD WOOD JONES TIPPENS, JR., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the undersigned on the defendant's oral Motion To Continue the arraignment and detention hearing from March 24, 2006 to March 28, 2006. The government does not oppose the motion.

For good cause shown, the defendant's Motion is **GRANTED**, and the arraignment and detention hearing are re-scheduled for **March 28, 2006 at 1:30 p.m.**

**IT IS SO ORDERED.**

ENTER:

　　　s/ H. Bruce Guyton　　
United States Magistrate Judge