IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )          No. 3:06-CR-34
                                   )          (VARLAN/GUYTON)
V.                                 )
                                   )
RICHARD WOOD JONES TIPPENS, JR.,   )
                                   )
          Defendant.               )

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28

U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District

Court as may be appropriate.  This case is before the undersigned on the defendant's oral Motion

To Continue the arraignment and detention hearing from March 28, 2006 to April 5, 2006.  The

government does not oppose the motion.

For good cause shown, the defendant's Motion is **GRANTED**, and the arraignment

and detention hearing are re-scheduled for **April 5, 2006 at 1:30 p.m.**

          **IT IS SO ORDERED.**

                    ENTER:


                         s/ H. Bruce Guyton
                    United States Magistrate Judge