IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:06-CR-34 |
| | ) | (VARLAN/GUYTON) |
| V. | ) | |
| | ) | |
| RICHARD WOOD JONES TIPPENS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the defendant's Motion To File Psychological Report Under Seal [Doc. 10] filed on April 4, 2006.

For good cause shown, the defendant's Motion To File Psychological Report Under Seal [Doc. 10] is **GRANTED** and the Psychological Report is to be filed under seal.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge